**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

July 9, 2025

**Via ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *United States v. Steven Kotler and Thomas Goll,* 1:24-cr-00431-LTS

Your Honor:

  We represent Mr. Steven Kotler in this matter, and, on behalf of all parties, respectfully request a 90-day adjournment of the status conference currently scheduled for July 15, 2025 at 11:00am. ECF No. 40. We understand from Chambers that Wednesday, October 15, 2025 at 11:00am would work for the Court, and all parties are available on this date and time.

  This third adjournment would permit additional time for the government and defense counsel to continue discussions regarding potential pre-trial dispositions. All parties consent to this adjournment request. Defense counsel consent to the exclusion of time under the Speedy Trial Act. There are no other dates that would need to be altered due to this request.

  Thank you for your consideration.

*/s/ Michael Martin*
Michael Martin
Ian Weinstein
Supervising Attorneys
*Attorney for Mr. Kotler*

cc: Andrew Jones, Esq.
   Benjamin Burkett, Esq.
   Assistant United States Attorneys

   Christopher Wright, Esq.
   Attorney for Thomas Goll
   <u>By: ECF</u>

The foregoing requests are granted. The status conference scheduled on July 15, 2025 is hereby adjourned to **October 15, 2025 at 11:00 am**. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through October 15, 2025, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.

SO ORDERED
7/9/2025
/s/ Laura Taylor Swain, Chief USDJ