# WL| Wright Law
## ATTORNEY AT LAW

---

**299 Broadway, Suite 708**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlawfirm.net

October 10, 2025

<u>**VIA ECF**</u>
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

## **<u>MEMO ENDORSED</u>**

Re:   *United States* **v.** *Steven Kotler & Thomas Goll 24-CR-00431 (LTS)*

Dear Judge Swain,

     I represent Thomas Goll in the above case, and write the Court today on behalf of all parties to respectfully request a 90-day adjournment of the status conference currently scheduled for October 15, 2025 at 11:00am. I understand that the Court is available on January 13, 2026 at 12:00pm, and that date and time works for all parties including the government and the defendants.

     The time requested allows additional time for the government and defense counsels to continue our discussions regarding potential pre-trial resolutions. The government and all defense counsels consent to the instant requested adjournment. The defense counsels further consent to the exclusion of time under the Speedy Trial Act.

Sincerely,
/s/
Christopher Wright

---

The foregoing request is granted. The pretrial conference in this matter shall be adjourned from October 15, 2025 to **January 13, 2026** at **12:00 pm**. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through October 15, 2025, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE 43 resolved.

SO ORDERED.
10/14/2025
/s/ Laura Taylor Swain, Chief USDJ