UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:24-CR-431-LTS |
| STEVEN KOTLER, THOMAS GOLL | |
| Defendants. | |

ORDER

There is a pretrial conference scheduled in this matter on April 15, 2026. Defendants Steven Kotler and Thomas Goll have requested the Court's leave to appear remotely via teleconference or telephone at the April 15, 2026 conference. (See docket entry nos. 47, 48.) Mr. Kotler resides in Florida and requests remote appearance because of his advanced age of 85, a recent total hip replacement surgery, and financial hardship. Mr. Goll resides in Texas and cites limited financial assets as the basis for his request. Both Defendants waive their right to be physically present at the April 15, 2026 conference.

Defendants' requests to appear remotely are granted. The pretrial conference is hereby adjourned from April 15, 2026 at 11:00 am to **April 15, 2026 at 11:30 am.** Defense Counsel and the Government are directed to appear in person in Courtroom 17C. Defense Counsel shall arrange for Defendants to participate in the conference remotely by Microsoft Teams through a link to be provided to the parties by the Court via email. Defense Counsel are directed to appear in Courtroom 17C no later than that **11:10 am** to resolve any potential technological challenges in advance of the conference. Defense Counsel are further directed to bring to the conference a completed copy of the Consent to Proceed by Videoconference form, attached to this Order as Appendix 1, for each Defendant.

This Order resolves docket entry nos. 47 and 48.


SO ORDERED.

Dated: New York, New York
          April 9, 2026


/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

# Appendix 1:
# Consent to Appear by Videoconference Form

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                     -v-

STEPHEN KOTLER, THOMAS GOLL
                    Defendants.
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

**24-CR-431 (LTS)**

Defendant _____ hereby voluntarily
consents to participate in the following proceeding via videoconferencing:

____    Initial Appearance/Appointment of Counsel

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence

____    Application for Change of Counsel


_____          _____
Defendant's Signature                      Defense Counsel's Signature
(Judge may obtain verbal consent on  Record
and Sign for Defendant)


_____          _____
Print Defendant's Name                     Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


_____          _____
Date                               U.S. District Judge/U.S. Magistrate Judge