LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

July 22, 2026

**<u>Via ECF</u>**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

**Re: *United States v. Steven Kotler, Thomas Goll, & Derek Nguyen*, 1:24-cr-00431-LTS**

Your Honor:

We represent Mr. Steven Kotler in this matter, and, on behalf of all parties, respectfully request an adjournment of the status conference currently scheduled for July 22, 2026 at 2:30 p.m. We understand from Chambers that Thursday, September 10, 2026 at 1:00 p.m. would work for the Court, and all parties are available on this date and time. This adjournment would facilitate a conference all Defendants could join. All parties consent to this adjournment request. Defense counsel consent to the exclusion of time under the Speedy Trial Act. There are no other dates that would need to be altered due to this request.

In addition, Messrs. Kotler and Goll, for reasons expressed in their respective July 9 and 20, 2026 submissions to the Court (ECF Nos. 63, 65), request that the Court permit them to appear remotely at the upcoming status conference, at which they both waive their right to be physically present. *See* ECF Nos. 64, 66 (granting prior requests to appear remotely). The Government consents to this request.

Thank you for your consideration.

*<u>/s/ Michael Martin</u>*
Michael W. Martin
Molly K. Webster
Supervising Attorneys
*Attorney for Mr. Kotler*

The foregoing requests are granted. The hearing scheduled in this matter is hereby adjourned to **September 10, 2026 at** 1:00 pm. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through Septeuber 10, 2026, outweigh the best interests of the public and the defendant in a speedy trial in order to facilitate potential pretrial resolutions. Messrs. Kotler and Goll's requests to appear remotely are granted, subject to the conditions set forth in docket entry nos. 63 and 65. Defense Counsel for Messrs. Kotler and Goll are directed to appear in Courtroom 17C no later than that **12:40 pm** to resolve any potential technological challenges in advance of the conference. DE 67 resolved.

SO ORDERED.
7/29/2026
/s/ Laura Taylor Swain, Chief USDJ