# WL| Wright Law

ATTORNEY AT LAW

299 BROADWAY, SUITE 708
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com


August 25, 2026

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re:** ***United States* v. *Thomas Goll et al 24-CR-431 (LTS)***

Dear Judge Swain:

I represent Thomas Goll in the above matter and respectfully request that Mr. Goll's bond conditions be temporarily modified to allow him to travel with his wife for a family member's wedding in Michigan.

Mr. Goll's plan is to travel from his home in Dallas, Texas on August 28, 2026, and stay in Detroit, Michigan for the family wedding and returning to his Dallas home on September 1, 2026. Mr. Goll's pre-trial service officer has no objection to his travel request.

Sincerely,
/s/
Christopher Wright

The foregoing request is granted. DE 69 resolved.

SO ORDERED.
8/27/2026
/s/ Laura Taylor Swain, Chief USDJ