LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

September 2, 2026

**<u>Via ECF</u>**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**<u>MEMO ENDORSED</u>**

**Re:** ***United States v. Steven Kotler, Thomas Goll, and Derek Nguyen,*** **1:24-cr-00431-LTS**

Your Honor:

We represent Mr. Steven Kotler in this matter, and, on behalf of all parties, respectfully request a 60-day adjournment of the status conference currently scheduled for September 10, 2026 at 1:00pm. ECF No. 37. We understand from Chambers that November 9, 2026 at 2:30p.m. would work for the Court, and all parties are available on this date and time.

This second adjournment would permit additional time for defense counsel to review discovery and/or continue discussions with the government regarding potential pre-trial dispositions. All parties consent to this adjournment request. Defense counsel consent to the exclusion of time under the Speedy Trial Act. There are no other dates that would need to be altered due to this request.

Thank you for your consideration.

*<u>/s/ Michael Martin</u>*
Michael Martin
Molly Webster
Supervising Attorneys
*Attorney for Mr. Kotler*

The foregoing request is granted. The hearing scheduled in this matter is hereby adjourned to **November 9, 2026 at 2:30 pm.** The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through November 9, 2026, outweigh the best interests of the public and the defendant in a speedy trial for the reasons detailed above. DE 71 resolved.

SO ORDERED.
9/4/2026
/s/ Laura Taylor Swain, Chief USDJ